FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2026 FEB 18  PM 2:03
OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 8:26CR18 |
| Plaintiff, | INDICTMENT |
| vs. | 8 U.S.C. § 1326(a) |
| CARLOS ALONZO-COC, | |
| Defendant. | |

The Grand Jury charges that

## COUNT ONE
(Illegal Reentry)

On or about January 26, 2026, in the District of Nebraska, the defendant, CARLOS ALONZO-COC, an alien, who previously had been excluded, deported, and removed from the United States to Guatemala, was found in the United States, without the Attorney General of the United States or her designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 203(3) & (4) and Section 557), having expressly consented to defendant's reapplication for admission into the United States.

In violation of Title 8, United States Code, Section 1326(a).

A TRUE BILL.

FOREPERSON

1

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

UNITED STATES OF AMERICA,
Plaintiff

LESLEY A. WOODS
United States Attorney
District of Nebraska

KIMBERLY C. BUNJER
Assistant U.S. Attorney
